## SEGALL v. SEGALL.

(Supreme Court, Appellate Division, First Department.  February 19, 1909.)

PLEADING (§ 327*)—BILL OF PARTICULARS—VARIANCE BETWEEN BILL AND COM-
PLAINT.

Where a bill of particulars limiting the general allegation of the com-
plaint was served after the issues were framed, the issues framed should
be confined to the allegations in the bill of particulars.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 994; Dec. Dig. §
327.*]

Appeal from Special Term, New York County.

Action by Louis Segall against Rosie B. Segall.  From an order of
the Special Term framing issues, etc., defendant appealed.  Reversed,
and remanded for further proceedings.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN,
CLARKE, and SCOTT, JJ.

B. F. Spellman, for appellant.

Saul E. Rogers, for respondent.

PER CURIAM.  The parties on the argument having conceded that,
since the framing of the issues in this case, a bill of particulars has
been served, limiting the general allegations of the complaint, the is-
sues as framed should be confined to the charge as made in the bill of
particulars.

The order should therefore be reversed, and the case sent back to
Special Term to frame issues in accordance herewith, with $10 costs
and disbursements of this appeal to the appellant to abide the event.